IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT TRCKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01854 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, ROBERT TRCKA, by and through LAW OFFICES OF MATHYS & SCHNEID, attorneys, and in complaining of the Defendant, UNITED STATES OF AMERICA, states as follows:

**JURISDICTIONAL AND VENUE ALLEGATIONS**

1. Plaintiff's action against the United States of America arises under the Federal Tort Claims Act, 28 U.S.C. 2671, et seq. This Court has jurisdiction pursuant to the provisions of 28 U.S.C. 1331 and 28 U.S.C. 1346(b). This Court has venue pursuant to 28 U.S.C. 1402 in that the occurrence, which is the subject of the cause of action hereinafter alleged, occurred in Kane County, Illinois, in the Northern District of Illinois.

2. Plaintiff has complied with the administrative review requirements of the Federal Tort Claims Act by filing on June 2, 2014 a Standard Form 95 claim for damage, injury or death, with supporting documentation. A copy of said claim form is attached hereto and made a part hereof Exhibit "A." Plaintiff was forced to decline United States of America's settlement offer.

**COUNT I - Negligence**

1-2. Plaintiff restates, realleges and incorporates by reference Paragraphs 1-2 of the Jurisdictional and Venue Allegations as Paragraphs 1-2 of Count I.

3. On April 5, 2014, West Maid Street was a public street running in a general easterly and westerly direction at or near its intersection with Randall Road, in the City of St. Charles, County of Kane, State of Illinois.

4. At said time and place, the Plaintiff, ROBERT TRCKA, was a driver in a 2013 Ford Edge traveling in an easterly direction on West Maid Street in the City of St. Charles, County of Kane, State of Illinois.

5. At said time and place, GAYLE RILEY, an employee of the United States Postal Service and the United States of America, while acting in the course and scope of her employment on behalf of the United States Postal Service, was operating her postal vehicle, VIN 1GBCS1042R2912523, while traveling in an easterly direction on West Maid Street in the City of St. Charles, County of Kane, State of Illinois.

6. That at said time and place, UNITED STATES OF AMERICA, by and through its employee, GAYLE RILEY, at all times and places owed a duty to exercise reasonable care in the manner in which it operated its vehicle on the public roadways in the State of Illinois so as to not cause injury to other persons on the roadway.

7. Notwithstanding said duty, Defendant, UNITED STATES OF AMERICA, by and through its employee, GAYLE RILEY, was negligent in committing one or more of the following acts and/or omissions:

    a. Traveled at a rate of speed greater than was reasonable and proper having proper regard for the traffic and use of the way, contrary to and in violation of 625 ILCS 5/11-601;

    b. Failed to keep a safe and proper look-out contrary to and in violation of 625 ILCS 5/11-503;

    c. Failed to reduce the speed of his/her vehicle to avoid a collision, contrary to and in violation of 625 ILCS 5/11-601;

    d. Followed other motor vehicles more closely than was reasonable and proper, having due regard for other traffic upon the highway, contrary to and in violation of 625 ILCS 5/11-710;

      e.      Otherwise failed to operate, manage, maintain and control the aforesaid motor vehicle in a safe and suitable manner.

8.      That at said time and place, the motor vehicle then and there being operated by the GAYLE RILEY, struck the rear of the vehicle driven by Plaintiff, ROBERT TRCKA.

9.      As a direct and proximate result of one or more of the foregoing wrongful and/or negligent acts or omissions of UNITED STATE OF AMERICA, by and through their employee GAYLE RILEY, the Plaintiff, ROBERT TRCKA, then are there sustained severe and permanent physical injuries, suffered and will continue to suffer great pain, and incurred and will continue to incur substantial pecuniary damages.

WHEREFORE, the Plaintiff, ROBERT TRCKA, demands judgment against Defendant, UNITED STATES OF AMERICA, in the amount no less than ONE HUNDRED THOUSAND ($100,000.00) DOLLARS for past and future medical expenses, lost income, past and future pain and suffering, loss of a normal life and increased risk of future injury, costs of this suit and any other relief that this Court deems just.

## COUNT II – Property Damage

NOW COMES the Plaintiff, ROBERT TRCKA, by and through LAW OFFICES OF MATHYS & SCHNEID, attorneys, and in complaining of the Defendant, UNITED STATES OF AMERICA, states as follows:

1-9.      Plaintiff, ROBERT TRCKA, restates, realleges and incorporates by reference paragraphs one(1) through nine (9) of Count I of this Complaint as paragraphs one (1) through (9) of Count II of this Complaint as though fully set forth herein.

10.      At the aforedescribed time and place, Plaintiff was driving a 2013 Ford Edge, VIN # 2FMDK4KC6DBA04788.

11. As a direct and proximate result of the collision from Defendant, UNITED STATES OF AMERICA, by and through its employee, GAYLE RILEY, said 2013 Ford Edge was damaged requiring the vehicle to be repaired and/or incur a loss to its fair market value.

WHEREFORE**,** the Plaintiff, ROBERT TRCKA**,** demands judgment against Defendant, UNITED STATES OF AMERICA, in the amount no less than ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of suit.

Respectfully submitted,

LAW OFFICES OF MATHYS & SCHNEID
Attorneys for the Plaintiff

By:  /s/ Tyler J. Moore
           Tyler J. Moore

Tyler J. Moore
Mark T. Schneid
LAW OFFICES OF MATHYS & SCHNEID
1730 Park St., Ste. 209
Naperville, IL 60563
(630) 428-4040
Atty No.: 6315588

4